AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| HYUNDAI MERCHANT MARINE CO., LTD. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:14-cv-06527-PGS-LHG |
| FAITH GROUP CO., INC., ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Faith Group Co., Inc., Info-King International Enterprises Ltd. and PL Plastic Services, LLC.

Date: 11/13/2014

*Attorney's signature*

Sandra D. Grannum, Esq.
*Printed name and bar number*

Davidson & Grannum LLP
30 Ramland Road, Suite 201
Orangeburg, NY 10962

*Address*

sgrannum@davidsongrannum.com
*E-mail address*

(845) 365-9100
*Telephone number*

(845) 365-9190
*FAX number*